UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Teresa Myers-Thompson,<br>Debtor<br><br>Fay Servicing LLC, as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2<br>Movant<br>v.<br><br>Teresa Myers-Thompson<br>Kenneth E. West - Trustee<br>Respondents | Case No.: 22-11132-mdc<br><br>Chapter: 13<br><br>Judge: Magdeline D. Coleman |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**UPON** consideration of the Certification of Default filed by Fay Servicing LLC, as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 dated ___July 13, 2023___ and with good cause therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all rights available to it under applicable law with respect to 303 Crest Park Rd, Philadelphia, PA 19119 and it is further;

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further;

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

Date 8/23/2023

BY THE COURT:

_____
MAGDELINE D. COLEMAN
Bankruptcy Judge